IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE RANKIN,<br>on behalf of Plaintiff and the class<br>members described herein,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NINGODWAASWI, LLC;<br>SKYTRAIL SERVICING GROUP LLC;<br>WILLIAM C. "CHENEY" PRUETT;<br>JOHN DOES 1-10,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01519-TWP-TAB<br><br>Hon. Tanya Walton Pratt<br>Hon. Tim A. Baker<br><br>DEMAND FOR TRIAL BY JURY |

**NOTICE AND REQUEST TO STAY DEADLINES**

Plaintiff, Michelle Rankin, and Defendants, Ningodwaaswi, LLC, Skytrail Servicing Group LLC, and William C. "Cheney" Pruett (collectively, "Defendants"), respectfully submit this notice to inform the Court that the Parties have resolved this matter in principle subject to negotiation and execution of a written settlement agreement. The Parties expect to file a stipulation of dismissal within the next sixty days. Accordingly, the Parties request that the Court stay all pending deadlines.

　　　　Respectfully submitted,

DATED: November 10, 2022

/s/ Matthew J. Goldstein
Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN COMBS LATTURNER
　　& GOODWIN, LLC
20 S. Clark St., Suite 1500
Chicago, IL 60603
(312) 739-4200
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com

/s/ Elizabeth Lally (with consent)
Elizabeth Lally
Spencer Fane LLP
13815 FNB Parkway, Suite 200
Omaha, NE 68154
Washington, D.C. 20005
(402) 965-8600
elally@spencerfane.com

*Counsel for Defendant*
*Ningodwaaswi, LLC*

courtecl@edcombs.com

*Counsel for Plaintiff*

*/s/ Robert E. Browne, Jr.* (with consent)
Robert E. Browne, Jr.
TROUTMANPEPPER
HAMILTON SANDERS LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
(312) 759-1920
(773) 877-3739 (FAX)
robert.browne@troutman.com

*Counsel for Defendants Skytrail Servicing Group LLC and William C. Pruett*

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, hereby certify that on Thursday, November 10, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which sent notice via email to all counsel of record.

<em>/s/ Matthew J. Goldstein</em><br>
Matthew J. Goldstein

Daniel A. Edelman
Heather Kolbus
Matthew J. Goldstein
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service:  courtecl@edcombs.com