IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE RANKIN,<br>on behalf of Plaintiff and the class<br>members described herein,<br><br>    Plaintiff,<br><br>v.<br><br>NINGODWAASWI, LLC;<br>SKYTRAIL SERVICING GROUP LLC;<br>WILLIAM C. "CHENEY" PRUETT;<br>JOHN DOES 1-10,<br><br>    Defendants. | Case No. 1:22-cv-01519-TWP-TAB<br><br>Hon. Tanya Walton Pratt<br>Hon. Tim A. Baker<br><br><br>DEMAND FOR TRIAL BY JURY |

## ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal. The parties stipulate that Plaintiff's individual claims are to be dismissed with prejudice, and the claims of the putative classes are to be dismissed without prejudice, with each party to bear their own costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's individual claims are dismissed with prejudice, with each party to bear their own costs.

2. The claims of the putative classes are dismissed without prejudice, with each party to bear their own costs.

Date: 2/2/2023

                                                   Hon. Tanya Walton Pratt, Chief Judge
                                                   United States District Court
                                                   Southern District of Indiana

Service of this document will be made electronically on all ECF-registered counsel of record via email generated by the Court's CM/ECF system.